Matter of Tawanna R. v Michael E.G. (2024 NY Slip Op 02027)

Matter of Tawanna R. v Michael E.G.

2024 NY Slip Op 02027

Decided on April 16, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: April 16, 2024

Before: Moulton, J.P., Gesmer, González, Rodriguez, Michael, JJ. 

Docket No. O-01037/21 Appeal No. 2045 Case No. 2023-01427 

[*1]In the Matter of Tawanna R., Petitioner-Appellant,
v
Michael E.G., Respondent-Respondent.

Bruce A. Young, New York, for appellant.
Marion C. Perry, New York, for respondent.

Order, Family Court, Bronx County (Robert T. Johnson, J.), entered on or about October 17, 2022, which, after a fact-finding hearing, found that petitioner failed to establish the family offenses of harassment in the first or second degrees and attempted assault and dismissed the family offense petition with prejudice, unanimously affirmed, without costs.
Family Court properly dismissed the petition since petitioner failed to establish by a fair preponderance of the evidence that respondent, her brother, had committed any acts warranting an order of protection in petitioner's favor (see Matter of Russell F. v Brandon Jay F., 120 AD3d 1159 [1st Dept 2014]; Family Ct Act § 154-c [3]). No basis exists to disturb the court's findings that respondent and his witnesses were more credible than petitioner and her husband (id.).
We have considered petitioner's remaining arguments and find them unavailing. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: April 16, 2024